**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01226-REB

DENISE ELAINE GEIPEL,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order for Judgment and Remand entered by the Honorable Robert E. Blackburn on September 19, 2017, it is hereby

ORDERED that Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [ECF 16] filed September 18, 2017, is granted. It is

FURTHER ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed. It is

FURTHER ORDERED that this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). It is

FURTHER ORDERED that judgment shall enter in favor of plaintiff Denise Elaine Geipel and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security, in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993). It is

FURTHER ORDERED that plaintiff Denise Elaine Geipel is awarded her costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1) .

DATED at Denver, Colorado this 19th day of September, 2017.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:   s/L.Roberson
       L. Roberson
       Deputy Clerk